```
         IN THE UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF OHIO
                   EASTERN DIVISION
```

Rockies Express Pipeline, LLC,      :
                                    :
    Plaintiff,                      :      Case No. 2:07-cv-982
                                    :
        v.                          :      Judge Graham
                                    :      Magistrate Judge King
Louis Billings, Jr., et al.,        :
                                    :
    Defendants.                     :

**ORDER**

    This matter is before the court on Plaintiff Rockies Express Pipeline's Motion for Default Judgment against Defendants Jack Cornett, Brigitte Cornett, Levi Miller, Naomi Miller, Virgil Stillion, Mary Stillion, and Holmesville Woodland, Inc. (collectively "Defendants") for failing to answer or otherwise respond to Plaintiff Rockies Express Pipeline's First Amended Complaint and Motion for Temporary Restraining Order and Preliminary and Permanent Injunction.  Upon consideration and review of Plaintiff's motion and the Clerk's Entry of Default dated February 1, 2008, the court hereby GRANTS Plaintiff's motion.

    It is further ORDERED that:

    (a) Defendants are permanently enjoined from delaying or obstructing the access of Plaintiff's agents to Defendants' properties for purposes of conducting civil surveys, archeological surveys, environmental surveys, appraisals, and other examinations as are necessary, proper, and permitted under Ohio Revised Code § 163.03;

    (b) Plaintiff's agents are hereby granted immediate access to Defendants' properties for the purposes of conducting such civil surveys, archeological surveys, environmental surveys, appraisals,

and other examinations as are necessary and proper pursuant to Ohio Revised Code § 163.03.

    IT IS SO ORDERED.

/s/ James L. Graham  
JAMES L. GRAHAM  
Senior United States District Judge

Date:  March 5, 2008